ORDERED ACCORDINGLY.

Dated: January 31, 2013



George B. Nielsen, Bankruptcy Judge

_____

MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: ecfbk@mcrazlaw.com
        ploucks@mcrazlaw.com
By:   Melvin C. Cohen, # 3728
       Paul A. Loucks, # 19880
       73032-14/gc
Attorneys for The Parsons Company, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>NILES LIPIN,<br>MARIE PIERRON,<br><br>                  Debtors.<br>This Filing Applies to:<br><br>☒ All Debtors<br>☐ Specified Debtors<br><br>THE PARSONS COMPANY, INC. and THE ESTATE OF ROBERT WALKER and EVE WALKER,<br><br>                  Plaintiffs,<br>vs.<br><br>NILES LIPIN, MARIE PIERRON and AWD FARMS, L.L.C.,<br><br>                  Defendants. | Chapter 11 Proceeding<br><br>Case Nos.   2-11-bk-26500-GBN<br>                  2-11-bk-26502-GBN<br>           **(Jointly Administered)**<br><br><br><br><br><br><br><br>**Adv. No. 2:11-ap-02300-GBN**<br><br>**ORDER** |

This matter having come before the Court on Debtor's Motion for Summary Judgment (Dk. 173) and on the Cross Motion for Summary Judgment filed by Creditor The Parson Co., Inc. (Dk. 205), the Court having reviewed the motion papers submitted by each

1 party, given due consideration to the oral argument presented by the parties, and good cause
2 appearing,

3     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that The Parsons Co,
4 Inc., has a claim in the minimum amount of $265,475. Debtor's motion for summary
5 judgment is denied in whole. Although The Parsons Co, Inc., filed a claim that appears to
6 include business damages awarded by a State court against a company wholly owned by
7 Debtor, questions of fact preclude entry of judgment in Parsons' favor on any amount
8 related to the business damages, and therefore its request for judgment in any amount on
9 that issue is denied.

10                                                 **DATED AND SIGNED ABOVE**

22 361567

2

Case 2:11-bk-26500-GBN    Doc 256    Filed 01/31/13    Entered 02/01/13 07:00:58    Desc
Main Document - Motion for Summary Judgment     Page 2 of 2